**WO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danny Friddle, | No. CV-23-02414-PHX-KML (CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| CoreCivic, et al., | |
| Defendants. | |

Plaintiff Danny Friddle appeals an order by the magistrate judge. The order denied Friddle's motion seeking the production of a defendant's address where that defendant could be served. (Doc. 171, 182.) Friddle is entitled to relief only if he can show the magistrate judge's ruling was "clearly erroneous or contrary to law."  28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a) (same). "That standard is highly deferential and does not allow the court to simply substitute its judgment for that of the magistrate judge." *Blight v. City of Manteca*, 266 F. Supp. 3d 1234, 1235 (E.D. Cal. 2017). The magistrate judge's ruling must be sustained unless the court is left with "a definite and firm conviction that a mistake has been committed." *Sec. Farms v. Int'l Bhd. of Teamsters, Chauffers, Warehousemen & Helpers*, 124 F.3d 999, 1014 (9th Cir. 1997).

/
/
/
/

Friddle has not established he is entitled to relief. The magistrate judge relied on Friddle's extreme delay in filing his motion, considering Friddle's knowledge that he could seek such assistance. It was not clearly erroneous for the magistrate judge to conclude, in the context of this case and Friddle's litigation behavior, his delay outweighed other considerations.

**IT IS ORDERED** plaintiff's appeal of the magistrate judge's order (Doc. 182) is **REJECTED**.

Dated this 7th day of August, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**